Approved.
s/ *Benita Y. Pearson* on 7/6/2018
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 5:18-cv-00992 ) ) Judge Pearson |
| A. SCHULMAN, INC., JOSEPH M. GINGO, ALLEN A. SPIZZO, CAROL S. EICHER, EUGENE R. ALLSPACH, DAVID G. BIRNEY, LEE D. MEYER, JAMES A. MITAROTONDA, ERNEST J. NOVAK, JR., and KATHLEEN M. OSWAWLD, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Jordan Rosenblatt, by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned action against all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: July 5, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800

**LAW OFFICES OF JOHN C. CAMILLUS, LLC**

By: */s/ John C. Camillus*
John C. Camillus
P.O. Box 141410
Columbus, OH 43214
Telephone: (614) 558-7254
Email: jcamillus@camilluslaw.com

*Attorneys for Plaintiff*